UNITED STATES of America, Plaintiff–Appellee,

v.

Gloria A. McCUTCHEON, Defendant–Appellant.

No. 02–6086.

United States Court of Appeals, Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Gloria A. McCutcheon, Appellant Pro Se. William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Gloria A. McCutcheon appeals the district court's order denying her request for an extension of time to file a motion under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. McCutcheon,* No. CR–97–866 (D.S.C. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*